United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-12041-elf
Kareem A. Blackwell                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Jun 12, 2018
                               Form ID: 138NEW       Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.
```
db             +Kareem A. Blackwell,    300 W. Mentor Street,    Philadelphia, PA 19120-4117
13177033        BANK OF AMERICA,    P.O. BOX 5170,    Attn: Bankruptcy Dept.,    Simi Valley, CA 93062-5170
12989620       +Bank of America,    475 Crosspoint Parkway,    Attn: Bankruptcy Dept.,
                 Getzville, NY 14068-1609
13016064       +Bank of America, N.A.,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12989621       +Convergent Outsourcing,    800 SW 39th Street,    Attn: Bankruptcy Dept.,
                 Renton, WA 98057-4975
12989625       +P.G.W.,    800 W. Montgomery Avenue,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19122-2898
13425000       +ROUNDPOINT MORTGAGE SERVICING CORP,    5016 PARKWAY PLAZA BLVD.,    CHARLOTTE, NC 28217-1932
12989626       +Salute/Compucredit Corp.,    P.O. BOX 105555,    Attn: Bankruptcy Dept.,
                 Atlanta, GA 30348-5555
12989627       +Tribute/Compucredit,    P.O. BOX 105555,    Attn: Bankruptcy Dept.,    Atlanta, GA 30348-5555
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 13 2018 01:51:04     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2018 01:50:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 13 2018 01:51:00     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13109982       +E-mail/Text: megan.harper@phila.gov Jun 13 2018 01:51:04
                 City of Philadelphia, Law Department - Tax Unit,    Bankruptcy Group,MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1640
12989622        E-mail/Text: cio.bncmail@irs.gov Jun 13 2018 01:50:31     Internal Revenue Service,
                 P.O. BOX 7346,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19101-7346
13076284        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 13 2018 01:50:58     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
12989623        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 13 2018 01:50:58     Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Attn: Bankruptcy Dept.,    Saint Cloud, MN 56303
12989624       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 13 2018 01:50:52     Midland Funding LLC,
                 8875 Aero Drive, Suite 200,    Attn: Bankruptcy Dept.,    San Diego, CA 92123-2255
12989628        E-mail/Text: megan.harper@phila.gov Jun 13 2018 01:51:04     Water Revenue Bureau,
                 1401 J.F.K. Blvd.,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13076369*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                                                          Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: YvetteWD            Page 2 of 2                  Date Rcvd: Jun 12, 2018
                              Form ID: 138NEW           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    Carisbrook Asset Holding Trust paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank of America, N.A., et al paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A., et al
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Newlands Asset Holding Trust Care Of U.S. Bank Trust
               N.A. paeb@fedphe.com
              MICHAEL A. LATZES    on behalf of Debtor Kareem A. Blackwell efiling@mlatzes-law.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NEWLANDS ASSET HOLDINGS TRUST bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A., et al tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kareem A. Blackwell
    Debtor(s)

Bankruptcy No: 13−12041−elf
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 6/12/18

69 – 68
Form 138_new