United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-12041-elf
Kareem A. Blackwell                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD         Page 1 of 1           Date Rcvd: Jul 26, 2018
                            Form ID: 212           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
db             +Kareem A. Blackwell,   300 W. Mentor Street,   Philadelphia, PA 19120-4117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    Carisbrook Asset Holding Trust paeb@fedphe.com
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    Bank of America, N.A., et al paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Bank of America, N.A., et al
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Newlands Asset Holding Trust Care Of U.S. Bank Trust
               N.A. paeb@fedphe.com
              MICHAEL A. LATZES    on behalf of Debtor Kareem A. Blackwell efiling@mlatzes-law.com
              REBECCA ANN SOLARZ     on behalf of Creditor    NEWLANDS ASSET HOLDINGS TRUST bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A., et al tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:   Chapter: 13

    Kareem A. Blackwell

Debtor(s)   Case No: 13–12041–elf

---

*ORDER*

AND NOW, 7/26/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☐ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

 

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court