*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 13

    Kareem A. Blackwell

Debtor(s)  Case No: 13−12041−elf

___

## *ORDER*

    AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

    AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

    AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

    AND, the Debtor(s) has/have not filed the required statement and/or certifications,

    AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

    IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is *CLOSED, without the entry of an order of discharge*.

For The Court

Eric L. Frank

8/13/18

Judge ,United States Bankruptcy Court

73
Form 225