```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                          Case No. 13-12041-elf
Kareem A. Blackwell                                             Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: YvetteWD              Page 1 of 2              Date Rcvd: Aug 17, 2018
                             Form ID: 206                Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db             +Kareem A. Blackwell,    300 W. Mentor Street,    Philadelphia, PA 19120-4117
13177033        BANK OF AMERICA,    P.O. BOX 5170,    Attn: Bankruptcy Dept.,    Simi Valley, CA 93062-5170
12989620       +Bank of America,    475 Crosspoint Parkway,    Attn: Bankruptcy Dept.,
                 Getzville, NY 14068-1609
13016064       +Bank of America, N.A.,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12989621       +Convergent Outsourcing,    800 SW 39th Street,    Attn: Bankruptcy Dept.,
                 Renton, WA 98057-4975
12989625       +P.G.W.,    800 W. Montgomery Avenue,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19122-2898
13425000       +ROUNDPOINT MORTGAGE SERVICING CORP,    5016 PARKWAY PLAZA BLVD.,    CHARLOTTE, NC 28217-1932
12989626       +Salute/Compucredit Corp.,    P.O. BOX 105555,    Attn: Bankruptcy Dept.,
                 Atlanta, GA 30348-5555
12989627       +Tribute/Compucredit,    P.O. BOX 105555,    Attn: Bankruptcy Dept.,    Atlanta, GA 30348-5555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 18 2018 02:17:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2018 02:16:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2018 02:17:02     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13109982       +E-mail/Text: megan.harper@phila.gov Aug 18 2018 02:17:20
                 City of Philadelphia, Law Department - Tax Unit,    Bankruptcy Group,MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1640
12989622        E-mail/Text: cio.bncmail@irs.gov Aug 18 2018 02:16:11     Internal Revenue Service,
                 P.O. BOX 7346,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19101-7346
13076284        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 18 2018 02:16:56     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
12989623        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 18 2018 02:16:56     Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Attn: Bankruptcy Dept.,   Saint Cloud, MN 56303
12989624       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 18 2018 02:16:45     Midland Funding LLC,
                 8875 Aero Drive, Suite 200,    Attn: Bankruptcy Dept.,    San Diego, CA 92123-2255
12989628        E-mail/Text: megan.harper@phila.gov Aug 18 2018 02:17:20     Water Revenue Bureau,
                 1401 J.F.K. Blvd.,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13076369*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court:  Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Aug 17, 2018
                              Form ID: 206                Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    Carisbrook Asset Holding Trust paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank of America, N.A., et al paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A., et al
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Newlands Asset Holding Trust Care Of U.S. Bank Trust
               N.A. paeb@fedphe.com
              MICHAEL A. LATZES    on behalf of Debtor Kareem A. Blackwell efiling@mlatzes-law.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NEWLANDS ASSET HOLDINGS TRUST bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A., et al tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kareem A. Blackwell                                                      Case No: 13−12041−elf

    Debtor(s)

_____

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐ Debtor has not certified that all domestic support obligations due have been paid.

For The Court

Dated: 8/17/18

Timothy B. McGrath
Clerk of Court

75
Form 206